## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR116** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ALLEN COTTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Allen Cotton (Cotton) to dismiss his court appointed counsel (Filing No. 32). The court held a hearing on the motion on May 5, 2005. The court determined the attorney-client relationship had ruptured to the point where the motion should be granted. Thereafter, Mr. Hall orally moved to withdraw as counsel. Mr. Hall's motion to withdraw is granted as is Cotton's motion to dismiss (Filing No. 32).

The Federal Public Defender for the District of Nebraska is appointed to represent Cotton for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Hall shall forthwith provide the Federal Public Defender with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Hall which are material to Cotton's defense. The clerk shall provide a copy of this order to the Federal Public Defender.

Trial of this matter remains scheduled before Judge Laurie Smith Camp and a jury on July 5, 2005, as previously ordered by the court (Filing No. 31).

**IT IS SO ORDERED.**

DATED this 6th day of May, 2005.

                                              BY THE COURT:

                                              s/Thomas D. Thalken
                                              United States Magistrate Judge