## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR116** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALLEN COTTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on motion of the defendant Allen Cotton to amend the Indictment to reflect the defendant's legal name "M,A, Yah" (Filing No. 94). The government has not opposed the motion. The motion will be granted to the extent that the Indictment in this matter will be recaptioned as "UNITED STATES OF AMERICA v. M,A, YAH, also known as Allen Cotton."

**IT IS SO ORDERED.**

DATED this 1st day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge