### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR116 |
| vs. ) | |
| ) | ORDER CONTINUING TRIAL |
| M,A, YAH a/k/a/ ALLEN COTTON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's MOTION TO CONTINUE TRIAL and waiver of speedy trial (#145). For good cause shown, I find that the case should be continued to February 28, 2006.

**IT IS ORDERED** that defendant's MOTION TO CONTINUE TRIAL (#145) is granted, as follows:

1. Trial of this matter is continued from January 10, 2006 to **February 28, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between January 10, 2006 and February 28, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED December 20, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**