FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG -4 AM 8: 40

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR116 |
| Plaintiff, | ) | |
| | ) | **APPLICATION AND ORDER FOR** |
| v. | ) | **WRIT OF HABEAS CORPUS AD** |
| | ) | **PROSEQUENDUM** |
| M,A,YAH a/k/a ALLEN COTTON, | ) | |
| Defendant. | ) | |

The Defendant, M,A,Yah, by and through his attorney, David R. Stickman, requests the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to the Sarpy County Sheriff's Department, Sarpy County Law Enforcement Center, Papillion, Nebraska, and the United States Marshal's Office, for the appearance of M,A,Yah at the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Courtroom No. 2, Omaha, NE 68102, to attend the hearing on Friday, August 4, 2006 at 1:00 p.m.

1. M,A,Yah is presently in the custody of the Sarpy County Sheriff's Department at the Sarpy County Law Enforcement Center.

2. It is necessary that M,A,Yah appear before the Honorable Judge Laurie Smith Camp to enter a plea of guilty on August 4, 2006 at 1:00 p.m.

WHEREFORE, the Defendant prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Sarpy County Sheriff's Department, Sarpy County Law Enforcement Center, Papillion, Nebraska, and the U.S. Marshal's Office, for the appearance of M,A,Yah as requested above and for such other proceedings as the court may direct.

Writ issued 8/4/06

M,A,Yah, Defendant,

By: _____
**DAVID R. STICKMAN**
**Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896

UNITED STATES OF AMERICA  )
                          ) ss.
DISTRICT OF NEBRASKA      )

David R. Stickman, being first duly sworn on oath says that he is the Federal Public Defender for the District of Nebraska, that he has read the foregoing Application, and that the facts set forth therein are true.

_____

Subscribed to and sworn to before me this __4th__ day of August, 2006.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
JANET L. BARTELS
My Comm. Exp. Dec. 12, 2009

## ORDER

Upon the above application,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested above.

DATED this __4__ day of August, 2006.

_____
United States District or Magistrate Judge

2