**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **M,A, YAH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to review detention and request for evidentiary hearing and oral argument (Filing No. 198). The Defendant requests that the Court review its previous order of detention of August 4, 2006 (Filing No. 189).

Based on the information previously received by the Court and discussed at the August 4, 2006, hearing, and notwithstanding the information stated in the motion, the Court cannot conclude by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to the safety to any other person or the community if released. 18 U.S.C. § 3143(a). Therefore, the Defendant's motion is denied without a hearing.

IT IS ORDERED that the Defendant's motion to review detention and request for evidentiary hearing and oral argument (Filing No. 198) is denied.

DATED this 29th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge