IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| M, A, YAH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to amend amended judgment (Filing No. 296). The Court has reviewed the computation of the Bureau of Prisons concerning credit for time served and a projected release date and finds defendant's motion should be denied as moot. Accordingly,

IT IS ORDERED that defendant's motion to amend amended judgment is denied as moot.

DATED this 5th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court