IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| M, A, YAH, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's amended motion for return of property and request for evidentiary hearing and oral argument (Filing No. 313) is granted.  The United States shall permanently delete the file containing the scanned counterfeit check from the hard drive and then make the CPU available for pick-up by defendant's wife; and

2) Defendant's original motion for return of property and request for evidentiary hearing and oral argument (Filing No. 292) is denied as moot.

DATED this 20th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court