```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )          8:05CR116
                              )
         v.                   )
                              )
M, A, YAH,                    )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 358). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that a hearing on the petition for offender under supervision (Filing No. 350) is rescheduled for:

**Thursday, September 9, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 1st day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court