IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )         8:05CR116
                              )
      v.                      )
                              )
M, A, YAH,                    )         ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 361). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that a hearing on the petition for offender under supervision (Filing No. 350) is rescheduled for:

**Wednesday, January 19, 2011, at 9:30 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court