IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| M, A, YAH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to continue hearing (Filing No. 366).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that the motion is granted; hearing on the petition for offender under supervision (Filing No. 350) is rescheduled for:

**Tuesday, June 28, 2011, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

   DATED this 30th day of March, 2011.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court