```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| M,A, Yah, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon defendant's unopposed motion to continue hearing (Filing No. 368). Defendant's supervised release hearing is currently scheduled for June 28, 2011 at 9:30 a.m. Defendant seeks to continue his hearing for approximately 60 days for the following reasons:

> (1) The only alleged violation of defendant's supervised release is based upon charges pending against him in the District Court of Douglas County, Nebraska. Those charges have not yet been resolved. The defendant waived his right to a speedy trial in the District Court of Douglas County, Nebraska on March 3, 2011. The case has not yet been set for trial and there are presently no hearings scheduled.
>
> (2) This case should not proceed until there is a resolution of the charges in the District Court of Douglas County, Nebraska.
>
> (3) Fred Franklin, the Assistant U.S. Attorney assigned to this case, has no objection to this request for a continuance.

As the Court has been notified of the above-mentioned facts of this matter, defendant's unopposed motion to continue hearing will be granted.

IT IS ORDERED:

1. Defendant's unopposed motion to continue hearing (Filing No. 368) is granted.

2. Defendant's supervised release hearing scheduled for June 28, 2011 at 9:30 a.m. is postponed and will be rescheduled in a subsequent order for a date approximately 60 days from now.

DATED this 24th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court