IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:05CR116
                               )
      v.                       )
                               )
M, A, YAH,                     )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court for review of defendant's supervised release in accordance with its order of May 8, 2012 (Filing No. 379). The Court finds that defendant is still not in compliance with the terms of his supervised release in that he has not been and is not making payments toward the restitution ordered by the Court.

His term of supervised release will be extended until April 22, 2013. If defendant complies with the order of this Court for the next six months, the Court will consider terminating his supervised release, provided he is in compliance with all other terms and conditions of his supervised release. Accordingly,

IT IS ORDERED that defendant's term of supervised release is extended to April 22, 2013, at which time a review will be conducted to determine if defendant has complied with the

order of restitution and the other terms and conditions of his supervised release.

DATED this 1st day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court