IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR116** |
| vs. ) | |
| ) | **ORDER** |
| **M,A, YAH,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant M,A, Yah appeared before the court on February 4, 2013 on a Second Amended Petition for Warrant or Summons for Offender Under Supervision [383]. The defendant was represented by Assistant Federal Public Defender David R. Stickman, and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The government moved for detention. A detention hearing was held. The government's motion for detention based on flight and danger was denied. Therefore, the defendant was released on current conditions of supervision, and was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom, in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on February 28, 2013 at 8:30 a.m.** Defendant must be present in person.

2 The defendant is released on current conditions of supervision.

DATED this 4th day of February, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge