IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:05CR116
                               )
          v.                   )
                               )
M, A, YAH,                     )          ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue hearing.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) The hearing on the amended petition (Filing No. 373) and second amended petition for warrant or summons for offender under supervision (Filing No. 383) is rescheduled for:

**Thursday, December 19, 2013, at 9 a.m.**

**Courtroom** No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) Defendant shall make monthly payments in the amount of $100 towards the restitution he owes or he will be subject to a further violation of the terms of his supervised release.

DATED this 18th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court