IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:05CR116 |
| vs. | |
| M.A. YAH, | ORDER |
| Defendant. | |

This matter is before the court on the government's Motion to Compel (Filing No. 411).  Pursuant to Rule 69 of the Federal Rules of Civil Procedure,

**IT IS ORDERED**:

1. The government's Motion to Compel (Filing No. 411) is granted.

2. M.A. Yah will answer within twenty (20) days of the date of the service of this Order each of the items contained within the sheet entitled Interrogatories Propounded by United States of America to Defendant, which accompanied the pleading entitled Motion to Compel Judgment Debtor to Answer Written Interrogatories and Memorandum in Support Thereof, mailed to defendant on March 21, 2014.  A copy of this Order shall be mailed to the defendant return receipt requested to:  M.A. Yah, 5807 S. 136th St., Omaha, NE 68137.

Dated this 21st day of May, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge